**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Bankruptcy No. 19-70481-JAD |
|---|---|---|
| William Reitz, Debtor | : : : | Chapter 13 |
|  | : | Related to Docket No. 10 |
| William Reitz, Movant | : : : |  |
| vs. | : : |  |
| No Respondent. | : |  |

## ORDER

**AND NOW**, on this __21st__ day of __August__, 2019, upon consideration of the Motion of the above reference Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file his Chapter 13 Petition, Schedules, Chapter 13 Plan, and Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including **September 3, 2019**.

BY THE COURT:

_____ sjk
Jeffery A. Deller,
United States Bankruptcy Judge

FILED
8/21/19 7:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-70481-JAD
William Reitz                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 1          Date Rcvd: Aug 21, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db            +William Reitz,    P.O. Box 137,    Lanse, PA 16849-0137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor William   Reitz ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 4