## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-70481-JAD |
| | : | |
| WILLIAM REITZ, | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOC. NO. 4, 5 |
| WILLIAM REITZ, | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | September 4, 2019 at 10:00 AM |
| vs. | : | |
| CANCER TREATMENT | : | |
| CENTERS OF AMERICA, | : | |
| CLEARFIELD COUNTY TCB, | : | |
| CREDENCE RESOURCE, | : | |
| CREDIT MANAGEMENT, | : | |
| DUKE CANCER CENTER, | : | |
| HOLIDAY FINANCIAL, | : | |
| IRS, JEFFERSON CAPITAL, | : | |
| M&T BANK, MIDLAND FUNDING | : | |
| MIRAMEDRG, | : | |
| MT NITTANY MEDICAL, | : | |
| NATIONAL RECOVERY, | : | |
| PENELEC, W. G. SATTERLEE | : | |
| AND SONS INC., | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| RESPONDENTS | : | |

### CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on August 7, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 26, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 27, 2019        By:    /s/ Paul W. McElrath
                                     Paul W. McElrath, Esquire
                                     Attorney for Debtor/Movant
                                     PA I.D. #86220
                                     McElrath Legal Holdings, LLC
                                     1641 Saw Mill Run Blvd
                                     Pittsburgh, PA 15210
                                     (412) 765-3606