# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-70481-JAD |
| | : | |
| WILLIAM REITZ, | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOCUMENT NO. 4 |
| WILLIAM REITZ, | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | September 4, 2019 at 10:00 AM |
| vs. | : | |
| | : | |
| CANCER TREATMENT | : | |
| CENTERS OF AMERICA, | : | |
| CLEARFIELD COUNTY TCB, | : | |
| CREDENCE RESOURCE, | : | |
| CREDIT MANAGEMENT, | : | |
| DUKE CANCER CENTER, | : | |
| HOLIDAY FINANCIAL, | : | |
| INTERNAL REVENUE SERV., | : | |
| JEFFERSON CAPITAL, | : | |
| M&T BANK, | : | **DEFAULT O/E JAD** |
| MIDLAND FUNDING, | : | |
| MIRAMEDRG, | : | |
| MT NITTANY MEDICAL, | : | |
| NATIONAL RECOVERY, | : | |
| PENELEC, | : | |
| WILLIAM G. SATTERLEE | : | |
| AND SONS INC., | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

## ORDER

**AND NOW**, on this 29th day of August, 2019, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
8/29/19 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70481-JAD
William Reitz                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy              Page 1 of 1              Date Rcvd: Aug 29, 2019
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
```
db           +William Reitz,    P.O. Box 137,    Lanse, PA 16849-0137
15100147     +Cancer Treatment Centers of America,     1331 E Wyoming Ave,    Philadelphia, PA 19124-3808
15100148     +Clearfield County Tax Claim Bureau,     230 East Market Street,    Clearfield, PA 16830-2448
15100149     +Credence Resource Mana,    Po Box 2300,    Southgate, MI 48195-4300
15100151     +Duke Cancer Center,    20 Duke Medicine Cir,    Durham, NC 27710-2000
15100152     +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
15100157     +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15100158     +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15100160     +Mt Nittany Medical Center,    1800 E Park Ave,    State College, PA 16803-6797
15100162      Penelec,    76 South Main Street,    A-RPC,    Akron, OH 44308-1890
15100163     +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15110081     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
15100166     +William G. Satterlee and Sons, Inc.,     12475 Route 119 Highway N,
               Rochester Mills, PA 15771-6505
15100164      penelec,    PO Box 16001,    Reading, PA 19612-6001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15100150     +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 30 2019 02:49:39
               Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15100155     +E-mail/Text: cio.bncmail@irs.gov Aug 30 2019 02:48:56      Internal Revenue Service,
               1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
15100156      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 30 2019 02:49:32      Jefferson Capital,
               PO BOX 7999,    Saint Cloud, MN 56302
15100159     +E-mail/Text: mmrgbk@miramedrg.com Aug 30 2019 02:49:24      Miramedrg,    360 E. 22nd Street,
               Lombard, IL 60148-4924
15100161     +E-mail/Text: Bankruptcies@nragroup.com Aug 30 2019 02:49:53      National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            M&T BANK
15100153*    +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15100154*     Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15100165     ##+Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor William  Reitz ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```