# United States Bankruptcy Court
## Western District of Pennsylvania

In re: William T. Reitz  
Debtor(s)

Case No. 19-70481  
Chapter 13

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, William T. Reitz, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  September 10, 2019

Signature  /s/ William T. Reitz  
William T. Reitz  
Debtor

| Statement of Earnings For: | William T Reitz | | | | | Quality Machining Inc | | | |
|---|---|---|---|---|---|---|---|---|---|
| Period Begin | 7/21/2019 | Company Id | 3978 | Employee Number | 0019 | Bellefonte, PA 16823-0000 | | | |
| Period End | 8/3/2019 | Division | 02 | Group | Biweekly | | | | |
| Check Date | 8/7/2019 | Department | 2000 | SSN | XXX-XX-2842 | | | | |
| Federal Filing | Single | Res State PA | | | | PA Exemptions | 1 | PA Additional | |
| Fed Exempts | 1 | Work State PA | | | | | | | |
| Fed Additional | $5.00 | | | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 10644 | $1,061.22 | $1,496.14 | $1,061.22 | |

| EARNINGS | | | | *Not Included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| *Co Simp | | 0.00 | 44.88 | 0.00 | 739.98 | SOC SEC EE | 86.51 | 1,422.43 | Bankruptcy | 0.00 | 1,137.24 |
| Regular | 21.4500 | 69.75 | 1,496.14 | 915.25 | 19,494.55 | MED EE | 20.23 | 332.66 | Misc | 0.00 | 414.58 |
| O/Time | | 0.00 | 0.00 | 23.80 | 758.16 | FEDERAL WH | 122.65 | 1,998.17 | Simple IRA | 44.88 | 739.98 |
| Holiday | | 0.00 | 0.00 | 32.00 | 682.40 | PENNSYLVANIA W | 42.83 | 704.32 | Medical PT | 97.21 | 1,660.22 |
| Personal | | 0.00 | 0.00 | 16.00 | 339.20 | SPRING TWP (CEN | 13.96 | 229.42 | Vision PT | 3.75 | 63.75 |
| Vacation | | 0.00 | 0.00 | 160.00 | 3,392.00 | PENNSYLVANIA SU | 0.90 | 14.80 | | | |
| | | | | | | SPRING TWP LST ( | 2.00 | 34.00 | | | |
| Total: | | 69.75 | 1,496.14 | 1,147.05 | 24,666.31 | Total: | 289.08 | 4,735.80 | Total: | 145.84 | 4,015.77 |

CURRENT PERIOD LEAVE ACCRUAL

DISTRIBUTION OF NET PAY

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Statement of Earnings For: | William T Reitz | | | | | | Quality Machining Inc | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 7/7/2019 | Company Id | 3378 | Employee Number | 0015 | | Bellefonte, PA 16823-0000 | |
| Period End | 7/20/2019 | Division | 02 | | | | | |
| Check Date | 7/24/2019 | Department | 2000 | SSN | XXX-XX-2842 | | | |
| Federal Filing | Single | Res State PA | | | | | PA Exemptions | 1 | PA Additional | |
| Fed Exempts | 1 | Work State PA | | | | | | |
| Fed Additional | $5.00 | | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | | Check Message |
|---|---|---|---|---|---|
| 10639 | $1,175.68 | $1,651.66 | $1,175.68 | | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| *Co Simp | | 0.00 | 49.55 | 0.00 | 695.10 | SOC SEC EE | 96.14 | 1,335.92 | Bankruptcy | 0.00 | 1,137.24 |
| Regular | 21.4500 | 71.75 | 1,539.04 | 845.50 | 17,998.41 | MED EE | 22.48 | 312.43 | Misc | 0.00 | 414.58 |
| O/Time | 32.1750 | 3.50 | 112.62 | 23.80 | 758.16 | FEDERAL WH | 140.75 | 1,875.52 | Simple IRA | 49.55 | 695.10 |
| Holiday | | 0.00 | 0.00 | 32.00 | 682.40 | PENNSYLVANIA W | 47.61 | 661.49 | Medical PT | 97.21 | 1,563.01 |
| Personal | | 0.00 | 0.00 | 16.00 | 339.20 | SPRING TWP (CEN | 15.50 | 215.46 | Vision PT | 3.75 | 60.00 |
| Vacation | | 0.00 | 0.00 | 160.00 | 3,392.00 | PENNSYLVANIA SU | 0.99 | 13.90 | | | |
| | | | | | | SPRING TWP LST ( | 2.00 | 32.00 | | | |
| Total: | | 75.25 | 1,651.66 | 1,077.30 | 23,170.17 | Total: | 325.47 | 4,446.72 | Total: | 150.51 | 3,869.93 |

| CURRENT PERIOD LEAVE ACCRUAL | | DISTRIBUTION OF NET PAY | |
|---|---|---|---|
| | | | |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

| Statement of Earnings For: | William T Reitz | | | | Quality Machining Inc |
|---|---|---|---|---|---|
| Period Begin | 6/23/2019 | Company Id | 3378 | Employee Number 0019 | 123 Falls Roung Ridge Ave |
| Period End | 7/6/2019 | Division | 02 | Pay Group Bi-Weekly | Bellefonte, PA 16823-0000 |
| Check Date | 7/10/2019 | Department | 2000 | SSN XXX-XX-2842 | |
| Federal Filing | Single | Res State PA | | | PA Exemptions 1   PA Additional |
| Fed Exempts | 1 | Work State PA | | | |
| Fed Additional | $5.00 | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 10634 | $808.70 | $1,152.94 | $808.70 | |

| EARNINGS | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| *Co Simp | | 0.00 | 34.59 | 0.00 | 645.55 | SOC SEC EE | 65.22 | 1,239.78 | Bankruptcy | 0.00 | 1,137.24 |
| Regular | 21.4500 | 45.75 | 981.34 | 773.75 | 16,459.37 | MED EE | 15.26 | 289.95 | Misc | 0.00 | 414.56 |
| Holiday | 21.4500 | 8.00 | 171.60 | 32.00 | 682.40 | FEDERAL WH | 82.70 | 1,734.77 | Simple IRA | 34.59 | 645.55 |
| O/Time | | 0.00 | 0.00 | 20.30 | 645.54 | PENNSYLVANIA W | 32.30 | 613.88 | Medical PT | 97.21 | 1,465.80 |
| Personal | | 0.00 | 0.00 | 16.00 | 339.20 | SPRING TWP (CEN | 10.52 | 199.96 | Vision PT | 3.75 | 56.25 |
| Vacation | | 0.00 | 0.00 | 160.00 | 3,392.00 | PENNSYLVANIA SU | 0.69 | 12.91 | | | |
| | | | | | | SPRING TWP LST ( | 2.00 | 30.00 | | | |
| Total: | | 53.75 | 1,152.94 | 1,002.05 | 21,518.51 | Total: | 208.69 | 4,121.25 | Total: | 135.55 | 3,719.42 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

| Statement of Earnings For: | William T Reitz | | | | | Quality Machining Inc | |
|---|---|---|---|---|---|---|---|
| Period Begin | 6/9/2019 | Company Id | 3378 | Employee Number | 0019 | 22 East Rolling Ridge Drive | |
| Period End | 6/22/2019 | Division | 02 | Pay Group | Biweekly | Bellefonte, PA 16823-0000 | |
| Check Date | 6/26/2019 | Department | 2000 | SSN | XXX-XX-2842 | | |
| Federal Filing | Single | Res State PA | | | | PA Exemptions | 1 | PA Additional | |
| Fed Exempts | 1 | Work State PA | | | | | |
| Fed Additional | $5.00 | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 10629 | $1,096.74 | $1,544.40 | $1,096.74 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| *Co Simp | | 0.00 | 46.33 | 0.00 | 610.96 |
| Regular | 21.4500 | 72.00 | 1,544.40 | 728.00 | 15,478.03 |
| O/Time | | 0.00 | 0.00 | 20.30 | 645.54 |
| Holiday | | 0.00 | 0.00 | 24.00 | 510.80 |
| Personal | | 0.00 | 0.00 | 16.00 | 339.20 |
| Vacation | | 0.00 | 0.00 | 160.00 | 3,392.00 |
| **Total:** | | 72.00 | 1,544.40 | 948.30 | 20,365.57 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 89.50 | 1,174.56 |
| MED EE | 20.92 | 274.69 |
| FEDERAL WH | 128.27 | 1,652.07 |
| PENNSYLVANIA W | 44.31 | 581.58 |
| SPRING TWP (CEN | 14.44 | 189.44 |
| PENNSYLVANIA SU | 0.93 | 12.22 |
| SPRING TWP LST ( | 2.00 | 28.00 |
| **Total:** | 300.37 | 3,912.56 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Bankruptcy | 0.00 | 1,137.24 |
| Misc | 0.00 | 414.58 |
| Simple IRA | 46.33 | 610.96 |
| Medical PT | 97.21 | 1,368.59 |
| Vision PT | 3.75 | 52.50 |
| **Total:** | 147.29 | 3,583.87 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼