| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **William Reitz** | Social Security number or ITIN | **xxx–xx–2842** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter   13 | **8/7/19** |
| Case number: | **19–70481–JAD** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | William Reitz | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 137<br>Lanse, PA 16849 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email: ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 9/13/19 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 25, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/24/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/16/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/3/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/25/19** at **11:00 AM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                               United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-70481-JAD
William Reitz                                                           Chapter 13
          Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-7          User: bsil                  Page 1 of 2                  Date Rcvd: Sep 13, 2019
                              Form ID: 309I               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db             +William Reitz,    P.O. Box 137,    Lanse, PA 16849-0137
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
15122614       +Cancer Care Partnership,    PO B0x 37808,    Baltimore, MD 21297-7808
15100147       +Cancer Treatment Centers of America,    1331 E Wyoming Ave,    Philadelphia, PA 19124-3808
15100148       +Clearfield County Tax Claim Bureau,    230 East Market Street,    Clearfield, PA 16830-2448
15122617       +Cooper Township Tax Collector,    583 Johnson Road,    Grassflat, PA 16839-9625
15100149       +Credence Resource Mana,    Po Box 2300,    Southgate, MI 48195-4300
15100151       +Duke Cancer Center,    20 Duke Medicine Cir,   Durham, NC 27710-2000
15122623       +Duke Health,    5213 South Alston Avenue,    Durham, NC 27713-4430
15122624       +Duke Medicine,    PO Box 70841,   Charlotte, NC 28272-0841
15122625       +Foundation Medicine,    PO Box 347790,    Pittsburgh, PA 15251-4790
15122626       +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
15122627       +Guardant Health Inc.,    29308 Network Pl,   Chicago, IL 60673-1293
15100152       +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
15122633       +Jersey Shore Bank,    PO Box 967,   Williamsport, PA 17703-0967
15122634       +Keystone Rural Health Consotia,    90 E. 2nd Street,    Emporium, PA 15834-1302
15100157       +M & T Bank Mortgage,    1 Fountain Plz,   Buffalo, NY 14203-1495
15100158       +Midland Funding,    320 E Big Beaver Rd Ste,   Troy, MI 48083-1271
15100160       +Mt Nittany Medical Center,    1800 E Park Ave,   State College, PA 16803-6797
15100162        Penelec,    76 South Main Street,   A-RPC,   Akron, OH 44308-1890
15100163       +Penelec,    PO Box 3687,   Akron, OH 44309-3687
15122646       +Penn Highlands Brookville,    PO Box 447,   Du Bois, PA 15801-0447
15122647       +Penn State Hershey Medical Center,    PO Box 853,    Hershey, PA 17033-0853
15100166       +William G. Satterlee and Sons, Inc.,    12475 Route 119 Highway N,
                 Rochester Mills, PA 15771-6505
15100164        penelec,    PO Box 16001,   Reading, PA 19612-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@mcelrathlaw.com Sep 14 2019 02:45:56      Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA   15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2019 02:47:06      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 14 2019 02:47:16
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
15122613       +EDI: BANKAMER2.COM Sep 14 2019 06:28:00      Bank of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
15100150       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 14 2019 02:47:40
                 Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15122620       +EDI: RCSFNBMARIN.COM Sep 14 2019 06:28:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
15122621        EDI: DIRECTV.COM Sep 14 2019 06:33:00      DirecTV,   PO Box 78626,    Phoenix, AZ 85062-8626
15100155       +EDI: IRS.COM Sep 14 2019 06:28:00      Internal Revenue Service,    1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
15100156        EDI: JEFFERSONCAP.COM Sep 14 2019 06:33:00      Jefferson Capital,    PO BOX 7999,
                 Saint Cloud, MN 56302
15122636       +EDI: MID8.COM Sep 14 2019 06:28:00      Midland Credit Management,    8875 Aero Drive,
                 Suite 200,   San Diego, CA 92123-2255
15122638       +E-mail/Text: mmrgbk@miramedrg.com Sep 14 2019 02:47:20      MiraMed Revenue Group,    PO Box 536,
                 Linden, MI 48451-0536
15100159       +E-mail/Text: mmrgbk@miramedrg.com Sep 14 2019 02:47:20      Miramedrg,    360 E. 22nd Street,
                 Lombard, IL 60148-4924
15100161       +E-mail/Text: Bankruptcies@nragroup.com Sep 14 2019 02:48:02      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
15110081       +EDI: DRIV.COM Sep 14 2019 06:33:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
15122648       +EDI: DRIV.COM Sep 14 2019 06:33:00      Santander,   P.O. Box 560284,    Dallas, TX 75356-0284
                                                                                                TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
15122615*      +Cancer Treatment Centers of America,    1331 E Wyoming Ave,    Philadelphia, PA 19124-3808
15122616*      +Clearfield County Tax Claim Bureau,    230 East Market Street,    Clearfield, PA 16830-2448
15122618*      +Credence Resource Mana,    Po Box 2300,   Southgate, MI 48195-4300
15122619*      +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15122622*      +Duke Cancer Center,    20 Duke Medicine Cir,   Durham, NC 27710-2000
15122628*      +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
15100153*      +Internal Revenue Service,    Insolvency Unit,   POB 7346,    Philadelphia, PA 19101-7346
15122629*      +Internal Revenue Service,    Insolvency Unit,   POB 7346,    Philadelphia, PA 19101-7346
15122631*      +Internal Revenue Service,    1000 Liberty Avenue,   Room 727,    Pittsburgh, PA 15222-4107
15100154*       Internal Revenue Service,    Insolvency Unit,   POB 628,    Pittsburgh, PA 15230
```

```
District/off: 0315-7            User: bsil              Page 2 of 2             Date Rcvd: Sep 13, 2019
                                Form ID: 309I           Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****
15122630*         Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15122632*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital,    PO BOX 7999,    Saint Cloud, MN 56302)
15122635*        +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15122637*        +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15122639*        +Miramedrg,    360 E. 22nd Street,    Lombard, IL 60148-4924
15122640*        +Mt Nittany Medical Center,    1800 E Park Ave,    State College, PA 16803-6797
15122641*        +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
15122642*         Penelec,    76 South Main Street,    A-RPC,    Akron, OH 44308-1890
15122645*        +Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
15122643*        +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15122649*        +William G. Satterlee and Sons, Inc.,    12475 Route 119 Highway N,
                  Rochester Mills, PA 15771-6505
15122644*         penelec,    PO Box 16001,    Reading, PA 19612-6001
15100165       ##+Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
                                                                                TOTALS: 1, * 22, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
          James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor William  Reitz ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                 TOTAL: 4
```