## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **William T. Reitz** | : | **Case No. 19-70481-JAD** |
| **Debtor** | : | **Chapter 13** |
| | : | |
| **William T. Reitz** | : | **Related to Doc. No. 28** |
| **S.S. No. xxx-xx-2842** | : | |
| **Movant** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Quality Machining Inc.** | : | |
| **Respondent** | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 18, 2019 I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: September 18, 2019        /s/ Sharla Munroe
                                       Sharla Munroe, Paralegal
                                       McElrath Legal Holdings, LLC
                                       1641 Saw Mill Run Blvd.
                                       Pittsburgh, PA 15210
                                       Tel: 412.765.3606
                                       Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

William Reitz
P.O. Box 137
Lanse PA 16849

Quality Machining Inc.
ATTENTION:  PAYROLL MANAGER
622 East Rolling Ridge Drive.
Bellefonte, PA 16823