**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−70481−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   William Reitz
   P.O. Box 137
   Lanse, PA 16849

Social Security No.:
   xxx−xx−2842

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210<br>Telephone number: 412−765−3606 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>December 20, 2019<br>10:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 | CONFIRMATION HEARING DATE/TIME/LOC<br>December 20, 2019<br>10:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/30/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-70481-JAD
William Reitz                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 2              Date Rcvd: Oct 30, 2019
                              Form ID: rsc13          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
```
db             +William Reitz,    P.O. Box 137,    Lanse, PA 16849-0137
15122613       +Bank of America,    Po Box 17054,    Wilmington, DE 19850-7054
15122614       +Cancer Care Partnership,    PO B0x 37808,    Baltimore, MD 21297-7808
15100147       +Cancer Treatment Centers of America,    1331 E Wyoming Ave,    Philadelphia, PA 19124-3808
15100148       +Clearfield County Tax Claim Bureau,    230 East Market Street,    Clearfield, PA 16830-2448
15122617       +Cooper Township Tax Collector,    583 Johnson Road,    Grassflat, PA 16839-9625
15100149       +Credence Resource Mana,    Po Box 2300,    Southgate, MI 48195-4300
15122621      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DirecTV,     PO Box 78626,    Phoenix, AZ 85062-8626)
15135948        Directv, LLC,    by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
15100151       +Duke Cancer Center,    20 Duke Medicine Cir,    Durham, NC 27710-2000
15122623       +Duke Health,    5213 South Alston Avenue,    Durham, NC 27713-4430
15122624       +Duke Medicine,    PO Box 70841,    Charlotte, NC 28272-0841
15122625       +Foundation Medicine,    PO Box 347790,    Pittsburgh, PA 15251-4790
15122626       +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
15122627       +Guardant Health Inc.,    29308 Network Pl,    Chicago, IL 60673-1293
15100152       +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
15122633       +Jersey Shore Bank,    PO Box 967,    Williamsport, PA 17703-0967
15122634       +Keystone Rural Health Consotia,    90 E. 2nd Street,    Emporium, PA 15834-1302
15100157       +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15100158       +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15100160       +Mt Nittany Medical Center,    1800 E Park Ave,    State College, PA 16803-6797
15124486       +Penelec,    c/o FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. 1, Ste. 1-511,
                 Holmdel, NJ 07733-1976
15100162        Penelec,    76 South Main Street,    A-RPC,    Akron, OH 44308-1890
15100163       +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15122646       +Penn Highlands Brookville,    PO Box 447,    Du Bois, PA 15801-0447
15122647       +Penn State Hershey Medical Center,    PO Box 853,    Hershey, PA 17033-0853
15110081       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
15122648       +Santander,    P.O. Box 560284,    Dallas, TX 75356-0284
15100166       +William G. Satterlee and Sons, Inc.,    12475 Route 119 Highway N,
                 Rochester Mills, PA 15771-6505
15100164        penelec,    PO Box 16001,    Reading, PA 19612-6001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:48:42      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
15100150       +E-mail/Text: bdsupport@creditmanagementcompany.com Oct 31 2019 03:49:18
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15122620       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2019 03:44:23      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
15100155       +E-mail/Text: cio.bncmail@irs.gov Oct 31 2019 03:47:57      Internal Revenue Service,
                 1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
15100156        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2019 03:49:11      Jefferson Capital,
                 PO BOX 7999,    Saint Cloud, MN 56302
15134442        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2019 03:49:12      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15133653        E-mail/Text: camanagement@mtb.com Oct 31 2019 03:48:00      M&T BANK,    PO Box 840,
                 Buffalo, NY 14240
15122636       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2019 03:48:46      Midland Credit Management,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
15132451       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2019 03:48:46      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15122638       +E-mail/Text: mmrgbk@miramedrg.com Oct 31 2019 03:48:53      MiraMed Revenue Group,    PO Box 536,
                 Linden, MI 48451-0536
15100159       +E-mail/Text: mmrgbk@miramedrg.com Oct 31 2019 03:48:53      Miramedrg,    360 E. 22nd Street,
                 Lombard, IL 60148-4924
15100161       +E-mail/Text: Bankruptcies@nragroup.com Oct 31 2019 03:49:51      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
15122615*      +Cancer Treatment Centers of America,    1331 E Wyoming Ave,    Philadelphia, PA 19124-3808
15122616*      +Clearfield County Tax Claim Bureau,    230 East Market Street,    Clearfield, PA 16830-2448
15122618*      +Credence Resource Mana,    Po Box 2300,    Southgate, MI 48195-4300
15122619*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15122622*      +Duke Cancer Center,    20 Duke Medicine Cir,    Durham, NC 27710-2000
15122628*      +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
15100153*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15122629*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15122631*      +Internal Revenue Service,    1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
15100154*       Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
```

```
District/off: 0315-7          User: bsil              Page 2 of 2              Date Rcvd: Oct 30, 2019
                              Form ID: rsc13          Total Noticed: 42


             ***** BYPASSED RECIPIENTS (continued) *****
15122630*         Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15122632*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court: Jefferson Capital,     PO BOX 7999,    Saint Cloud, MN 56302)
15122635*        +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15122637*        +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15122639*        +Miramedrg,    360 E. 22nd Street,    Lombard, IL 60148-4924
15122640*        +Mt Nittany Medical Center,    1800 E Park Ave,    State College, PA 16803-6797
15122641*        +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
15122642*         Penelec,    76 South Main Street,    A-RPC,    Akron, OH 44308-1890
15122645*        +Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
15122643*        +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15122649*        +William G. Satterlee and Sons, Inc.,    12475 Route 119 Highway N,
                   Rochester Mills, PA 15771-6505
15122644*         penelec,    PO Box 16001,    Reading, PA 19612-6001
15100165       ##+Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
                                                                                 TOTALS: 1, * 22, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor William  Reitz ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```