**Form RSC2 (Reschedule Conciliation/COD)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William Reitz**
 Debtor(s)

Bankruptcy Case No.: 19–70481–JAD
Chapter: 13

## ORDER

The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Jeffery A. Deller
United States Bankruptcy Judge

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                Case No. 19-70481-JAD
William Reitz                                                         Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-7           User: llea                  Page 1 of 2                  Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db            +William Reitz,   P.O. Box 137,    Lanse, PA 16849-0137
15122613      +Bank of America,    Po Box 17054,    Wilmington, DE 19850-7054
15122614      +Cancer Care Partnership,    PO B0x 37808,    Baltimore, MD 21297-7808
15100147      +Cancer Treatment Centers of America,    1331 E Wyoming Ave,    Philadelphia, PA 19124-3808
15100148      +Clearfield County Tax Claim Bureau,    230 East Market Street,    Clearfield, PA 16830-2448
15122617      +Cooper Township Tax Collector,    583 Johnson Road,    Grassflat, PA 16839-9625
15100149      +Credence Resource Mana,    Po Box 2300,    Southgate, MI 48195-4300
15100151      +Duke Cancer Center,    20 Duke Medicine Cir,    Durham, NC 27710-2000
15122623      +Duke Health,   5213 South Alston Avenue,     Durham, NC 27713-4430
15122624      +Duke Medicine,    PO Box 70841,   Charlotte, NC 28272-0841
15122625      +Foundation Medicine,    PO Box 347790,    Pittsburgh, PA 15251-4790
15122626      +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
15122627      +Guardant Health Inc.,    29308 Network Pl,    Chicago, IL 60673-1293
15100152      +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
15122633      +Jersey Shore Bank,    PO Box 967,   Williamsport, PA 17703-0967
15122634      +Keystone Rural Health Consotia,    90 E. 2nd Street,    Emporium, PA 15834-1302
15100157      +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15100158      +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15100160      +Mt Nittany Medical Center,    1800 E Park Ave,    State College, PA 16803-6797
15124486      +Penelec,   c/o FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. 1, Ste. 1-511,
                Holmdel, NJ 07733-1976
15100162       Penelec,    76 South Main Street,    A-RPC,   Akron, OH 44308-1890
15100163      +Penelec,   PO Box 3687,    Akron, OH 44309-3687
15122646      +Penn Highlands Brookville,    PO Box 447,    Du Bois, PA 15801-0447
15122647      +Penn State Hershey Medical Center,    PO Box 853,    Hershey, PA 17033-0853
15110081      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
15122648      +Santander,   P.O. Box 560284,    Dallas, TX 75356-0284
15100166      +William G. Satterlee and Sons, Inc.,    12475 Route 119 Highway N,
                Rochester Mills, PA 15771-6505
15100164       penelec,    PO Box 16001,   Reading, PA 19612-6001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15100150      +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 21 2020 04:25:34
                Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15122620      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2020 04:17:26      Credit One Bank,
                Po Box 98875,   Las Vegas, NV 89193-8875
15122621       E-mail/Text: G06041@att.com Mar 21 2020 04:25:33     DirecTV,   PO Box 78626,
                Phoenix, AZ 85062-8626
15135948       E-mail/Text: G06041@att.com Mar 21 2020 04:25:33     Directv, LLC,
                by American InfoSource as agent,    PO Box 5008,   Carol Stream, IL 60197-5008
15100155      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 21 2020 04:23:15     Internal Revenue Service,
                1000 Liberty Avenue,    Room 727,   Pittsburgh, PA 15222-4107
15100156       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2020 04:25:16     Jefferson Capital,
                PO BOX 7999,   Saint Cloud, MN 56302
15134442       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2020 04:25:16     Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
15133653       E-mail/Text: camanagement@mtb.com Mar 21 2020 04:23:19     M&T BANK,   PO Box 840,
                Buffalo, NY 14240
15122636      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2020 04:24:30     Midland Credit Management,
                8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
15132451      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2020 04:24:30     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
15122638      +E-mail/Text: mmrgbk@miramedrg.com Mar 21 2020 04:24:38     MiraMed Revenue Group,    PO Box 536,
                Linden, MI 48451-0536
15100159      +E-mail/Text: mmrgbk@miramedrg.com Mar 21 2020 04:24:38     Miramedrg,    360 E. 22nd Street,
                Lombard, IL 60148-4924
15100161      +E-mail/Text: Bankruptcies@nragroup.com Mar 21 2020 04:26:25     National Recovery Agen,
                2491 Paxton St,   Harrisburg, PA 17111-1036
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T BANK
15122615*     +Cancer Treatment Centers of America,    1331 E Wyoming Ave,    Philadelphia, PA 19124-3808
15122616*     +Clearfield County Tax Claim Bureau,    230 East Market Street,    Clearfield, PA 16830-2448
15122618*     +Credence Resource Mana,    Po Box 2300,   Southgate, MI 48195-4300
15122619*     +Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15122622*     +Duke Cancer Center,    20 Duke Medicine Cir,   Durham, NC 27710-2000
15122628*     +Holiday Financial Serv,    1800 Daisy Street Ext St,   Clearfield, PA 16830-3265
15100153*     +Internal Revenue Service,    Insolvency Unit,  POB 7346,   Philadelphia, PA 19101-7346
15122629*     +Internal Revenue Service,    Insolvency Unit,  POB 7346,   Philadelphia, PA 19101-7346
15122631*     +Internal Revenue Service,    1000 Liberty Avenue,   Room 727,   Pittsburgh, PA 15222-4107
15100154*      Internal Revenue Service,    Insolvency Unit,  POB 628,   Pittsburgh, PA 15230
15122630*      Internal Revenue Service,    Insolvency Unit,  POB 628,   Pittsburgh, PA 15230
```

```
District/off: 0315-7           User: llea                Page 2 of 2                   Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon           Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****
15122632*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital,     PO BOX 7999,    Saint Cloud, MN 56302)
15122635*       +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15122637*       +Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1271
15122639*       +Miramedrg,    360 E. 22nd Street,    Lombard, IL 60148-4924
15122640*       +Mt Nittany Medical Center,    1800 E Park Ave,    State College, PA 16803-6797
15122641*       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
15122642*        Penelec,    76 South Main Street,    A-RPC,    Akron, OH 44308-1890
15122645*       +Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
15122643*       +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15122649*       +William G. Satterlee and Sons, Inc.,    12475 Route 119 Highway N,
                  Rochester Mills, PA 15771-6505
15122644*        penelec,    PO Box 16001,    Reading, PA 19612-6001
15100165      ##+Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
                                                                              TOTALS: 1, * 22, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor William  Reitz ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```