**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-70481-JAD |
| | : | |
| **WILLIAM REITZ,** | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOC. NO. 43, 22 |
| **WILLIAM REITZ,** | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | December 17, 2020 at 10:00 AM |
| | : | via ZOOM |
| vs. | : | |
| **Bank of America, et al** | : | |
| **Ronda J. Winnecour, Esq.** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE ORDER SCHEDULING DATES FOR HEARING ON AND OBJECTION TO AMENDED PLAN AND THE PLAN DATED September 10, 2019**

I, Sharla Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the Order Scheduling Dates for Hearing on and Objection to the Amended Plan and the Plan Dated September 10, 2019, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: November 18, 2020

By:    /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

William Reitz
P.O. Box 137
Lanse PA 16849

| | |
|---|---|
| Bank of America<br>Po Box 17054<br>Wilmington, DE 19850 | Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193 |
| Cancer Care Partnership<br>PO B0x 37808<br>Baltimore, MD 21297 | DirecTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 |
| Cancer Treatment Centers of America<br>1331 E Wyoming Ave<br>Philadelphia, PA 19124 | Duke Cancer Center<br>20 Duke Medicine Cir<br>Durham, NC 27710 |
| Clearfield County Tax Claim Bureau<br>230 East Market Street<br>Clearfield, PA 16830 | Duke Health<br>5213 South Alston Avenue<br>Durham, NC 27713 |
| Cooper Township Tax Collector<br>583 Johnson Road<br>Grassflat, PA 16839 | Duke Medicine<br>PO Box 70841<br>Charlotte, NC 28272 |
| Credence Resource Mana<br>Po Box 2300<br>Southgate, MI 48195 | Foundation Medicine<br>PO Box 347790<br>Pittsburgh, PA 15251 |
| Credit Management Co<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205 | Geisinger Health System<br>100 N. Academy Avenue<br>Danville, PA 17822 |

Guardant Health Inc.
29308 Network Pl
Chicago, IL 60673

Holiday Financial Serv
1800 Daisy Street Ext St
Clearfield, PA 16830

Internal Revenue Service
Insolvency Unit
POB 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Unit
POB 628
Pittsburgh, PA 15230

Internal Revenue Service
1000 Liberty Avenue
Room 727
Pittsburgh, PA 15222

Jefferson Capital
PO BOX 7999
Saint Cloud, MN 56302

Jersey Shore Bank
PO Box 967
Williamsport, PA 17703

Keystone Rural Health Consotia
90 E. 2nd Street
Emporium, PA 15834

M & T Bank Mortgage
1 Fountain Plz
Buffalo, NY 14203

Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123

Midland Funding
320 E Big Beaver Rd Ste
Troy, MI 48083

MiraMed Revenue Group
PO Box 536
Linden, MI 48451

Miramedrg
360 E. 22nd Street
Lombard, IL 60148

Mt Nittany Medical Center
1800 E Park Ave
State College, PA 16803

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

Penelec
76 South Main Street
A-RPC
Akron, OH 44308-1890

Penelec
PO Box 3687
Akron, OH 44309

penelec
PO Box 16001
Reading, PA 19612-6001

Penelec
331 Newman Springs Rd., Building 3
Red Bank, NJ 07701

Penn Highlands Brookville
PO Box 447
Du Bois, PA 15801

Penn State Hershey Medical Center
PO Box 853
Hershey, PA 17033

Santander
P.O. Box 560284

Dallas, TX 75356

William G. Satterlee and Sons, Inc.
12475 Route 119 Highway N
Rochester Mills, PA 15771