Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**William Reitz**                                           :    Case No. 19−70481−JAD
  *Debtor(s)*                                               :    Chapter: 13
                                                            :
                                                            :
                                                            :
                                                            :    Related to Doc. #55
                                                            :


## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT


      *AND NOW,* this ***The 3rd of June, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                        Case No. 19-70481-JAD
William Reitz                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                      User: skoz                               Page 1 of 3
Date Rcvd: Jun 03, 2021                Form ID: 309                         Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Reitz, P.O. Box 137, Lanse, PA 16849-0137 |
| 15122614 | + | Cancer Care Partnership, PO B0x 37808, Baltimore, MD 21297-7808 |
| 15100147 | + | Cancer Treatment Centers of America, 1331 E Wyoming Ave, Philadelphia, PA 19124-3808 |
| 15100148 | + | Clearfield County Tax Claim Bureau, 230 East Market Street, Clearfield, PA 16830-2448 |
| 15122617 | + | Cooper Township Tax Collector, 583 Johnson Road, Grassflat, PA 16839-9625 |
| 15100151 | + | Duke Cancer Center, 20 Duke Medicine Cir, Durham, NC 27710-2000 |
| 15122623 | + | Duke Health, 5213 South Alston Avenue, Durham, NC 27713-4430 |
| 15122624 | + | Duke Medicine, PO Box 70841, Charlotte, NC 28272-0841 |
| 15122625 | + | Foundation Medicine, PO Box 347790, Pittsburgh, PA 15251-4790 |
| 15122626 | + | Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822-0001 |
| 15122627 | + | Guardant Health Inc., 29308 Network Pl, Chicago, IL 60673-1293 |
| 15100152 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 15122633 | + | Jersey Shore Bank, PO Box 967, Williamsport, PA 17703-0967 |
| 15122634 | + | Keystone Rural Health Consotia, 90 E. 2nd Street, Emporium, PA 15834-1302 |
| 15100157 | + | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15100160 | + | Mt Nittany Medical Center, 1800 E Park Ave, State College, PA 16803-6797 |
| 15100163 | + | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15124486 | + | Penelec, c/o FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. 1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15100162 |   | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 15100165 | + | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15122646 | + | Penn Highlands Brookville, PO Box 447, Du Bois, PA 15801-0447 |
| 15122647 | + | Penn State Hershey Medical Center, PO Box 853, Hershey, PA 17033-0853 |
| 15100166 | + | William G. Satterlee and Sons, Inc., 12475 Route 119 Highway N, Rochester Mills, PA 15771-6505 |
| 15100164 |   | penelec, PO Box 16001, Reading, PA 19612-6001 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: DRIV.COM | Jun 04 2021 03:13:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15122613 | + | EDI: BANKAMER2.COM | Jun 04 2021 03:13:00 | Bank of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 15100149 | + | Email/Text: bankruptcy@credencerm.com | Jun 04 2021 03:07:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 15100150 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 04 2021 03:07:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15122620 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2021 02:43:22 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15122621 |   | EDI: DIRECTV.COM | Jun 04 2021 03:13:00 | DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 15135948 |   | EDI: DIRECTV.COM | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 04 2021 03:13:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15100155 | + | EDI: IRS.COM | Jun 04 2021 03:13:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15100156 | | EDI: JEFFERSONCAP.COM | Jun 04 2021 03:13:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15134442 | | EDI: JEFFERSONCAP.COM | Jun 04 2021 03:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15133653 | | Email/Text: camanagement@mtb.com | Jun 04 2021 03:06:00 | M&T BANK, PO Box 840, Buffalo, NY 14240 |
| 15122636 | + | EDI: MID8.COM | Jun 04 2021 03:13:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 15100158 | + | EDI: MID8.COM | Jun 04 2021 03:13:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15132451 | + | EDI: MID8.COM | Jun 04 2021 03:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15122638 | + | Email/Text: mmrgbk@miramedrg.com | Jun 04 2021 03:07:00 | MiraMed Revenue Group, PO Box 536, Linden, MI 48451-0536 |
| 15100159 | + | Email/Text: mmrgbk@miramedrg.com | Jun 04 2021 03:07:00 | Miramedrg, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 15100161 | + | Email/Text: Bankruptcies@nragroup.com | Jun 04 2021 03:07:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15110081 | + | EDI: DRIV.COM | Jun 04 2021 03:13:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15122648 | + | EDI: DRIV.COM | Jun 04 2021 03:13:00 | Santander, P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15122615 | *+ | Cancer Treatment Centers of America, 1331 E Wyoming Ave, Philadelphia, PA 19124-3808 |
| 15122616 | *+ | Clearfield County Tax Claim Bureau, 230 East Market Street, Clearfield, PA 16830-2448 |
| 15122618 | *+ | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 15122619 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15122622 | *+ | Duke Cancer Center, 20 Duke Medicine Cir, Durham, NC 27710-2000 |
| 15122628 | *+ | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 15100154 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15122630 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15122631 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15100153 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15122629 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15122632 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15122635 | *+ | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15122637 | *+ | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15122639 | *+ | Miramedrg, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 15122640 | *+ | Mt Nittany Medical Center, 1800 E Park Ave, State College, PA 16803-6797 |
| 15122641 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15122642 | * | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 15122643 | *+ | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15122645 | *+ | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15122649 | *+ | William G. Satterlee and Sons, Inc., 12475 Route 119 Highway N, Rochester Mills, PA 15771-6505 |
| 15122644 | * | penelec, PO Box 16001, Reading, PA 19612-6001 |

| | | |
|---|---|---|
| District/off: 0315-7 | User: skoz | Page 3 of 3 |
| Date Rcvd: Jun 03, 2021 | Form ID: 309 | Total Noticed: 43 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor M&T BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor William Reitz ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6