**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> WILLIAM REITZ <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:19-70481 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/07/2019 and confirmed on 01/03/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,560.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,560.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,320.41 | |
| Trustee Fee | 365.89 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,686.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 2,779.40 | 0.00 | 2,779.40 |
| Acct: 1897 | | | | |
| M & T BANK | 3,210.82 | 0.00 | 0.00 | 0.00 |
| Acct: 1897 | | | | |
| CLEARFIELD COUNTY TAX CLM BUR | 11,032.32 | 0.00 | 0.00 | 0.00 |
| Acct: 1683 | | | | |
| SANTANDER CONSUMER USA** | 1,052.83 | 1,052.83 | 1,041.47 | 2,094.30 |
| Acct: 8799 | | | | |
| | | | | 4,873.70 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM REITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,900.00 | 2,320.41 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* <br> Acct: 2842 | 326.86 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CANCER CARE PARTNERSHIP <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CANCER CENTER TREATMENT OF AMERIC <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COOPER TWP MUNICIPAL AUTHORITY <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFOSOURCE <br> Acct: 1935 | 510.75 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO <br> Acct: 2420 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO <br> Acct: 3975 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DUKE CANCER CENTER <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DUKE HEALTH RELIEGH HOSPITAL <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DUKE MEDICINE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FOUNDATION MEDICINE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GEISINGER HEALTH SYSTEM <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GUARDANT HEALTH <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HOLIDAY FINANCIAL SERVICES <br> Acct: 2405 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* <br> Acct: 2230 | 0.00 | 0.00 | 0.00 | 0.00 |
| JERSEY SHORE BANK <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYSTONE RURAL HEALTH <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC <br> Acct: 6979 | 551.92 | 0.00 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP++ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP++ <br> Acct: 4268 | 0.00 | 0.00 | 0.00 | 0.00 |
| MT NITTANY MEDICAL <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY <br> Acct: 8588 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY <br> Acct: 8583 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENELEC <br> Acct: 6564 | 1,370.12 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS BROOKVILLE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN STATE HERSHEY MEDICAL CNTR <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-70481 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     WILLIAM G SATTERLEE & SONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     INTERNAL REVENUE SERVICE* | 84.45 | 0.00 | 0.00 | 0.00 |
|       Acct: 2842 | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 78.49 | 0.00 | 0.00 | 0.00 |
|       Acct: 0001 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                      4,873.70

TOTAL CLAIMED
PRIORITY             326.86
SECURED          15,295.97
UNSECURED       2.595.73

Date: 07/06/2021                                        /s/ Ronda J. Winnecour
                                                           RONDA J WINNECOUR PA ID #30399
                                                           CHAPTER 13 TRUSTEE WD PA
                                                           600 GRANT STREET
                                                           SUITE 3250 US STEEL TWR
                                                           PITTSBURGH, PA  15219
                                                           (412) 471-5566
                                                           cmecf@chapter13trusteewdpa.com